UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **FRANSWAN CLAVELLE**, <br> Plaintiff, <br> v. <br> **GINA COMEAUX, ET AL.**, <br> Defendants. | Case No. 16-cv-05474-YGR <br><br> **ORDER TO SHOW CAUSE RE: FAILURE TO SERVE** <br><br> Re: Dkt. Nos. 5, 7 |

You are hereby **ORDERED TO SHOW CAUSE** why this action should not be dismissed for failure to prosecute and to follow the Federal Rules of Civil Procedure and this Court's Civil Local Rules.

Pro se Plaintiff Clavelle filed the present lawsuit on September 26, 2016. Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff was required to serve Defendant with a summons and complaint within 90 days from the date the lawsuit was filed. Plaintiff has failed to provide the Court with the addresses of defendants as requested on October 12, 2016 so that the U.S. Marshal for the Northern District of California may serve defendants. (Dkt. Nos. 5, 7.)

No later than **Friday, January 6, 2017**, Plaintiff must file: (1) the addresses of defendants or (2) a motion for additional time in which to serve defendants, explaining good cause reasons for failure to serve defendants within the required time.

If Plaintiff fails to comply with this order, the Court will dismiss this action for failure to prosecute.

**IT IS SO ORDERED.**

Dated: December 9, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**